FILED

2006 SEP -6 PM 2:02

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ RO _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05CR0343-JM |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| DAVID CARY MAYER, | |
| Defendant. | |

    Based upon the application of David Cary Mayer, IT IS HEREBY ORDERED that:

    1. Benjamin L. Coleman is appointed to represent Defendant-Appellant, David Cary Mayer, in Southern District of California number 05CR0343-JM, Ninth Circuit No. 06-50481.

    2. The Clerk of the Court for the Southern District of California shall prepare and mail a CJA voucher and a copy of this order to Benjamin L. Coleman, 433 G Street, Suite 202, San Diego, California 92101. Counsel's telephone number is (619) 652-9970. Mr. Coleman shall prepare the appropriate CJA forms for preparation of the reporter's transcript.

    3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this order to the United States Court of Appeals for the Ninth Circuit forthwith.

    **SO ORDERED.**

Dated: 9/5/06

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE